AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Utah

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
       )    Case No.   2:23mj426 JCB
The Collection of DNA from the Person of Michael )
Pilimai, also known as Lolo Pilimai, currently and housed )
at the Salt Lake County Jail )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ District of _____Utah_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
    ☑ evidence of a crime;
    ☐ contraband, fruits of crime, or other items illegally possessed;
    ☐ property designed for use, intended for use, or used in committing a crime;
    ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Felon in Possession of a Firearm and Ammunition |

The application is based on these facts:
See Affidavit in Support of Application for a Search Warrant

    ☐ Continued on the attached sheet.
    ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Brad Simons, FBI Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
____ZOOM____ *(specify reliable electronic means)*.

Date: May 2, 2023

_____
Judge's signature

City and state: Salt Lake City, Utah     JARED C. BENNETT, United States Magistrate Judge
Printed name and title